O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2757 AHM (CWx) | Date | December 7, 2009 |
|---|---|---|---|
| Title | EDWIN IBARRA v. BANK OF AMERICA, N.A. *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Kendra Bradshaw | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

Counsel for Plaintiff, Carlo O. Reyes, failed to appear at the joint scheduling conference, held on Monday, December 7, 2009. The Court ORDERS Mr. Reyes to show cause in writing by not later than December 14, 2009 why he should not be sanctioned in the amount of $100.00 for his failure to appear at today's scheduling conference.

_____ : _____

Initials of Preparer          KB