O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2757 AHM (CWx) | Date | December 14, 2009 |
|---|---|---|---|
| Title | EDWIN IBARRA v. BANK OF AMERICA, N.A. *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:  Attorneys **NOT** Present for Defendants:

**Proceedings:**  IN CHAMBERS (No Proceedings Held)

The declaration of Carlo O. Reyes, Esq. in response to the Court's Order to Show Cause fails to show cause for his failure to appear at the scheduling conference. Moreover, Mr. Reyes failed to file an amended complaint within the time deadline imposed by the Court (although the Court allowed the belated filing to be filed anyway, to avoid harming the plaintiff because of his lawyer's negligence).

Accordingly, Mr. Reyes is ORDERED pay sanctions in the amount of $100.00 to the Clerk of the Court by not later than December 21, 2009.

:

Initials of Preparer     SMO

cc: **Fiscal**