ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

CLOSED

EDWIN IBARRA, an Individual,

Plaintiff,

vs.

BANK OF AMERICA, N.A., a Delaware Corporation; NDEX WEST, LLC, a Delaware Corporation; PRLAP, INC, a North Carolina Corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No.: CV09-2757 AHM (CWx)

ORDER DISMISSING CASE



FILED
CLERK, U.S. DISTRICT COURT
OCT 25 2010
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Having read and considered the parties' stipulation for dismissal, the court finds that there is good cause to dismiss this action.

THEREFORE IT IS ORDERED that the COMPLAINT in the above entitled action are dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedures*. Each party shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: ~~August~~ October 25, 2010

By: _____

Judge of the U.S. District Court

- 1 -

ORDER DISMISSING CASE